IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

**ORDER OF TRANSFER**

With the consent of the Honorable David G. Kays, the Western and St. Joseph Division civil cases on the attached list are hereby transferred to his docket for all further proceedings.

S/ Dean Whipple
Dean Whipple
United States District Judge

Date: July 7, 2008
Kansas City, Missouri

**CASES TRANSFERRED FROM JUDGE WHIPPLE TO JUDGE KAYS**

| **Old Case Number** | | **New Case Number** |
|---|---|---|
| Western Division | | |
| 07-0115-CV-W-DW | Dvorak v. Metropolitan Life Insurance | 07-0115-CV-W-DGK |
| 07-0310-CV-W-DW | Hooper v. Paredes, et al | 07-0310-CV-W-DGK |
| 07-0625-CV-W-DW | Martin v. Simon Property Group, et al | 07-0625-CV-W-DGK |
| 07-0800-CV-W-DW | Federal Office Prod v. Premier Business Prod | 07-0800-CV-W-DGK |
| 07-0932-CV-W-DW | Parker v. National Guard Bureau | 07-0932-CV-W-DGK |
| 08-0067-CV-W-DW | Tolbert, et al v. USA | 08-0067-CV-W-DGK |
| 08-0190-CV-W-DW | McNeal v. White | 08-0190-CV-W-DGK |
| 08-0374-CV-W-DW | Dimmock v. Davol, et al | 08-0374-CV-W-DGK |
| St. Joseph Division | | |
| 07-6013-CV-SJ-DW | Triumph Foods v. Hartford Casualty Ins. | 07-6013-CV-SJ-DGK |
| 08-6032-CV-SJ-DW | Ross v. BFS Retail & Commercial Op | 08-6032-CV-SJ-DGK |