CLOSED, EAPADMIN

# U.S. District Court
# United States District Court for the Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00374−DGK

Dimmock v. Davol, Inc. et al
Assigned to: District Judge David G. Kays
Cause: 28:1332 Diversity−Product Liability

Date Filed: 05/19/2008
Date Terminated: 07/24/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Russell Dimmock**

represented by **Aaron C Johnson**
Summers &Johnson
717 Thomas
Weston, MO 64098
(816) 640−9940
Fax: (816) 221−5370
Email: aaron@summersandjohnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | Ï 1 | COMPLAINT against all defendants filed by Aaron C Johnson on behalf of Russell Dimmock. Filing fee $350, receipt number 08660000000001796212. Service due by 9/19/2008. (Attachments: # 1 Civil Cover Sheet)(Johnson, Aaron) (Entered: 05/19/2008) |
| 05/19/2008 | Ï 2 | Notice of EAP assignment to Program Administrator. (Attachments: # 1 EAP General Order)(Baldwin, Joella) (Entered: 05/19/2008) |
| 05/19/2008 | Ï 3 | Rule 16 Notice − Proposed Scheduling Order due by 9/16/2008. Signed by District Judge Dean Whipple on 05/19/08. (Willis, Kathy) (Entered: 05/19/2008) |
| 07/07/2008 | Ï 4 | ORDER TRANSFERRING/REASSIGNING CASE. Case reassigned to District Judge David G. Kays for all further proceedings. District Judge Dean Whipple no longer assigned to case. Signed by District Judge Dean Whipple on 7/7/08. (Francis, Alexandra) PLEASE NOTE THE NEW CASE NUMBER IS 08−00374−CV−W−DGK. (Entered: 07/07/2008) |
| 07/16/2008 | Ï | ***Remark − Judicial Panel on Multi−District Litigation notified that this is a potential case for MDL 1842. A copy of docket sheet and complaint forwarded to MDL panel. (Russel, Jeri) (Entered: 07/16/2008) |

| | | |
|---|---|---|
| 07/16/2008 | Ï 5 | LETTER from plaintiff Bordock requesting status of case. Docket sheet mailed to plaintiff. Address updated per letter. (Russel, Jeri) Modified on 7/16/2008 Document deleted−docketed in incorrect case (Russel, Jeri). (Entered: 07/16/2008) |
| 07/16/2008 | Ï | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 07/16/08 as Document No. 5, Letter. The document has been deleted as it was filed in the incorrect case. This is a text entry only − no document is attached. (Russel, Jeri) (Entered: 07/16/2008) |
| 07/24/2008 | Ï 6 | CONDITIONAL TRANSFER ORDER (CTO−23) by Jeffrey N. Luthi, Clerk of the Panel transferring case to the District of Rhode Island. (Kee, Georgia) (Entered: 07/24/2008) |
| 07/24/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Kee, Georgia) (Entered: 07/24/2008) |